

U.S. POSTAGE PAID
FCM LG ENV
SEBASTOPOL, CA
95472
AUG 03, 21
AMOUNT
$2.80
R2304N118467-20

94102

1000
UNITED STATES
POSTAL SERVICE

Clerk of the Court
450 Golden Gate Ave
S.F. CA 94102-3489