United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>　　　　　Defendants. | Case No. 21-cv-06055-SI<br><br>**JUDGMENT** |

The Court has dismissed the amended complaint without leave to amend.  Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　United States District Judge