UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>    Defendants. | Case No. 21-cv-06055-SI<br><br>**ORDER DENYING REQUEST FOR HEARING IN THIS CLOSED CASE**<br><br>Re: Dkt. No. 18 |

On September 21, 2021, the Court dismissed this case without leave to amend and entered judgment. On October 6, plaintiff filed a request for a court hearing. The Court advises plaintiff that this case is closed, and therefore the request is DENIED.

The Court also advises plaintiff that he may wish to seek free legal consultation by contacting the Pro Se Help Desk at FedPro@sfbar.org or (415) 782-8982. Plaintiff can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: October 14, 2021

SUSAN ILLSTON
United States District Judge